

The parties' requests are granted. The initial conference is adjourned to October 8, 2021 at 10:00 a.m.

SO ORDERED.
/s/ Alvin K. Hellerstein
September 9, 2021

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn G. Schechtman
caryn.schechtman@dlapiper.com
T   212.335.4593
F   212.884.8593

September 3, 2021
*VIA ECF & FACSIMILE*

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14D
New York, NY 1007-1312

Re:   *Deborah Donoghue v. Kaleyra, Inc., et al.*, No 1:21-cv-06021 (AKH)

Dear Judge Hellerstein:

      We represent defendants Kaleyra, Inc. and Neil Miotto in the above-referenced matter. Counsel are currently scheduled to appear before Your Honor for an initial conference on September 10, 2021 at 10:30 a.m. (ECF No. 9). We respectfully request that the conference be adjourned at this time to allow the parties to continue ongoing settlement discussions. Plaintiff's counsel, David Lopez, Miriam Tauber, and James Hunter have consented to this request. This is the first request for an adjournment of the initial conference. The parties are also scheduled to exchange Initial Disclosures and to submit a Discovery Plan today; the parties respectfully request that deadline be extended to Monday, October 4, 2021.

Respectfully submitted,

Caryn G. Schechtman

cc:   *Via ECF*
      David Lopez, Esq.
      Miriam Tauber, Esq.
      James Hunter, Esq.